UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-3921

04 MAR 26 PM 1:53

Filed: March 25, 2004

PR DIAMONDS, INC.; TAREQ ALHASAN; MAN CHUNG WONG; HIRSCH SEIDMAN; EDWARD G. FLOWEREE, on behalf of themselves and all others similarly situated

    Plaintiffs - Appellants

1:0**cv 012

    v.

JOHN P. CHANDLER; ERIC C. JACKSON; ARTHUR ANDERSEN

    Defendants - Appellees

### MANDATE

Pursuant to the court's disposition that was filed 3/3/04 the mandate for this case hereby issues today.

A True Copy.

COSTS:  NO COSTS TAXED    Attest:

Filing Fee ..........$
Printing ............$

    Total ........$             Robin Duncan
                                      Deputy Clerk