FILE COPY

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

DEBRA COOK
(513) 564-7043
www.ca6.uscourts.gov

Filed: March 29, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 02-3921
   PR Diamonds, Inc. vs. Chandler
   District Court No. 01-00012

Dear Clerk:

   Enclosed please find:

   The CERTIFIED RECORD RETURNED to lower court at the end of
   appellate proceedings. [02-3921] . Volumes included: 5  P1;

   Please acknowledge receipt of the certified record on the attached
copy of this letter and return it to this office.

*Arthur Hill*
Name and Title of Authorized Agent for
the District Court or Government Agency

3-29-04
Date

Very truly yours,
Leonard Green, Clerk

Deb Cook
Records Management Deputy