## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

TELEPHONE
(513) 564-7000

April 20, 2004

Richard S. Wayne
William R. Jacobs
Robert A. Putcairn, Jr.
Robert N. Hochman
James H. Ham, III
Jeffrey R. Tone
Jeffrey C. Sharer

    Re:   Case No. 02-3921
            *PR Diamonds, Inc., et al. v. John P. Chandler, et al.*
            District Court No. 01-00012

Dear Counsel:

    Enclosed is a printed copy of the opinion filed March 3, 2004 in the above-styled case.

    This decision had previously been designated as an "unpublished decision." The court now recommends that the decision be published in full-text form. The date the opinion is deemed to have been filed will remain March 3, 2004.

    Thank you for your cooperation in this matter.

                              Yours very truly,

                              Leonard Green, Clerk

                              By _____
                              (Mrs.) Linda K. Martin
                              Deputy Clerk

LKM/swh
Enclosure

cc:    Honorable Sandra S. Beckwith
        Clerk, United States District Court
        Lexis Nexis
        West Publishing Company
        Commerce Clearing House, Inc.
        Bureau of National Affairs
        M. Lee Publishers LLC
        Tax Analysts
        Ohio Lawyers Weekly